terms and conditions contained in the order of this court entered herein. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court entered herein. Miss Frances Kahn of 401 Broadway, New York, New York is assigned as counsel for the appellant for the purposes of this appeal. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ WALTER J. SCHNEIDER et al. v. A. STEIN & COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of LEONARD RAVITCH v. TREND COATS, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to .be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ (A) PROVIDENCE SCHILIZZI, Also Known as PROVIDENCE PUZZO v. MANUFACTURERS TRUST COMPANY. (B) In the Matter of KATHLEEN DUROSS et al., v. ROBERT E. HERMAN, as State Rent Commissioner.— [In each case.] Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

## (November 15, 1960)

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LEE EDWARDS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES SMILEY.— [In each action.] Motion for leave to appeal as a poor person denied. No appeal lies from denial of resentence. (*People* v. *Sheehan,* 4 A D 2d 143.) Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ In the Matter of the Estate of WILHELMINA P. MEIER, Deceased. JULIA STRATTON, Appellant; LUDWIG MEIER et al., Respondents.— Motion for leave to reargue motion of September 6, 1960, granted and, upon reargument, the original decision is adhered to. Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Motion for an order striking and avoiding all proceedings herein which have been taken subsequent to the filing of the notice of appeal denied, with $10 costs. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN FINKEL.— Motion for an order opening default granted insofar as to vacate the order of this court, entered on September 29, 1960, and reinstating the appeal on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 12, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before December 27, 1960. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.